ARTHUR F. SIMONSON, Respondent, *v.* LOUIS P. MENDHAM et al., Appellants.

Reported below, 115 App. Div. 882.
(Submitted November 12, 1906; decided November 20, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal was irregular and unauthorized.

*Albert A. Wray* and *Stephen Callaghan* for motion.

*Frank A. Acer* opposed.

Motion denied, with ten dollars costs.